948

No. 96–2054. EAST COLUMBIA BASIN IRRIGATION DISTRICT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9542. GIBSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 96–9547. WHITE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–133. ZIMOMRA v. ALAMO RENT-A-CAR, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–137. ANDERSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 97–141. RIGGS v. DOCTOR'S ASSOCIATES, INC. C. A. 2d Cir. Certiorari denied.

No. 97–145. DISTAJO ET AL. v. DOCTOR'S ASSOCIATES, INC.; and
No. 97–146. DISTAJO ET AL. v. DOCTOR'S ASSOCIATES, INC. C. A. 2d Cir. Certiorari denied. Reported below: No. 97–146, 107 F. 3d 126.

No. 97–163. SWANSON v. GENERAL SERVICES ADMINISTRATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–170. ROSS BROTHERS CONSTRUCTION CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–180. BARR ET UX. v. ANNE ARUNDEL MEDICAL CENTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–185. NEW BREED LEASING CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 97–186. WEISS ET AL. v. ALASKA ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 97–189. MOBILETEL, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.